UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03-cr-00070-FDW-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>CAESAR ADOLFO SANDOVAL, )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court on the Government's Motion to Dismiss the Indictment against Caesar Adolfo Sandoval (Doc. No. 492). The motion is GRANTED, and leave of Court is hereby granted for the dismissal of the Bill of Indictment as to defendant CAESAR ADOLFO SANDOVAL in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

IT IS SO ORDERED.

Signed: August 19, 2014

Frank D. Whitney
Chief United States District Judge